UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                     CASE NO: 6:19-bk-00392-ABB
                                                                                                CHAPTER 13
DENNIS ANDERSON,

                        Debtor.
_____/

**DEBTOR'S *EX PARTE* MOTION TO EXTEND TIME
TO FILE SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN**

The Debtor, by and through undersigned counsel, and *ex parte*, pursuant to FRBP 1007(c), moves this Court for an extension of fourteen days to file Summary of Your Assets and Liabilities and Certain Statistical Information, SCHEDULES A-J, Statement of Financial Affairs, Declaration Concerning Debtors Schedules, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, and Chapter 13 Plan and for cause alleges:

1. The Debtor filed a Chapter 13 Bankruptcy on an emergency basis.   The balance of his required Schedules are due by February 4, 2019.

2. The Debtor is still gathering required financial documents to complete the Schedules and Plan including tax returns and proof of income.

3. The short extension will not prejudice creditors or interfere with the orderly administration of this estate.

WHEREFORE the Debtor requests this Court to allow the Debtor an additional fourteen days from entry of the Order to file the necessary documents.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the DEBTORS' EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN has

been furnished by the court's CM/ECF electronic Notice to: United States Trustee - ORL 7/13, 7

and Laurie K. Weatherford, this 4th day of February, 2019.

                                            LAW OFFICE OF PAUL A. KRASKER, P.A.
                                            Attorneys for Debtor
                                            1615 Forum Place, 5th Floor
                                            West Palm Beach, Florida   33401
                                            Phone (561) 328-2291
                                            Fax (561) 515-3904

                        BY:    */s/ Jeffrey S. Hochfelsen*
                                      **JEFFREY S. HOCHFELSEN**
                                       Florida Bar Number: 866709